Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-11-00860-CR

Laquida A. **SAULS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. NM122124
Honorable Philip Kazen, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  February 22, 2012

DISMISSED

On November 23, 2011, appellant filed a notice of appeal in this appellate cause number. However, because it appeared the underlying case against appellant in trial cause number NM122124 was dismissed; on January 11, 2012, this court ordered appellant to show cause in

writing why this appeal should not be dismissed. Appellant did not respond. Therefore, this appeal is dismissed.

PER CURIAM

Do not publish